UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 14-CV-22311-WILLIAMS/SIMONTON

AMNESIA INTERNATIONAL, LLC,
SFX NIGHTLIFE OPERATING, LLC,

    Plaintiffs,

vs.

MARK DANIEL ADAMCZYK.

    Defendant.

_____/

## ORDER

This cause came before the Court on Plaintiffs' second motion to amend, which the Court construes as a voluntary dismissal. (DE 22). The Court has reviewed the dismissal and the docket. Plaintiffs proposed to once again amend the complaint to reflect the mootness of the cybersquatting claims relating to davegrutman.com and davidgrutman.com. As those were the only claims being prosecuted by David Grutman, Plaintiffs also proposed to remove Grutman as a party. *Florida Wildlife Fed'n, Inc. v. S. Florida Water Mgmt. Dist.*, 647 F.3d 1296, 1302 (11th Cir. 2011) ("If at any point in the litigation the plaintiff ceases to meet all three requirements for constitutional standing, the case no longer presents a live case or controversy, and the federal court must dismiss the case for lack of subject matter jurisdiction.") Accordingly, it is **ORDERED and ADJUDGED** that the motion as construed is **GRANTED**. David Grutman is **DISMISSED** as a plaintiff. The claims brought on his behalf are **DISMISSED AS MOOT**.

It is further **ORDERED and ADJUDGED** that a telephonic status conference is hereby **SET** for November 13, 2014 at 3:00 p.m., at 400 N. Miami Avenue, Miami, Florida, Courtroom 11-3.  Plaintiffs' counsel shall email Chambers to request dial-in information prior to the conference and then convey that information to all Parties..

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 27th day of October, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE