UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-22311-Civ-WILLIAMS

AMNESIA INTERNATIONAL LLC, and
SFX NIGHTLIFE OPERATING, LLC,

    Plaintiffs,

vs.

MARK DANIEL ADAMCZYK,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on the Parties stipulation of dismissal without prejudice. (DE 27). The Court has reviewed the stipulation and the docket. Accordingly, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED**. Each Party shall bear their own costs and attorneys' fees. All pending motions are **DENIED AS MOOT**. Any hearings are **CANCELED**. The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 3̶1̶st day of October, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE